**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 4, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00423-CR

### IN RE GERALD JEROD DURDEN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 905,464**

## MEMORANDUM OPINION

On May 8, 2015, relator Gerald Jerod Durden filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable

Joan Campbell, presiding judge of the 248th District Court of Harris County, to rule on his motion for DNA testing and appointment of counsel.

On May 21, 2015, relator filed a motion to withdraw his petition for writ of mandamus. The motion is granted.

Accordingly, we dismiss relator's petition for a writ of mandamus without addressing the merits of the petition.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).